# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No.: 4:12–bk–26227–BMW |
| JOHN H. BLAKE<br>12400 E 8th Street<br>TUCSON, AZ 85748<br>**SSAN:** xxx–xx–6632<br>**EIN:** | Chapter: 13 |
| JESSICA W WELTON<br>fka Jessica Siddall<br>12400 E 8th Street<br>TUCSON, AZ 85748<br>**SSAN:** xxx–xx–2559<br>**EIN:** | |
| Debtor(s) | |

## ORDER VACATING DISCHARGE

An Order of Discharge in this case having been entered on 1/10/2018 as a result of administrative error,

IT IS ORDERED vacating the Order of Discharge dated 1/10/2018.

NOTICE IS ALSO GIVEN that the order was entered on the docket this date.

**Date:** January 11, 2018                               BY THE COURT

**Address of the Bankruptcy Clerk's Office:**      HONORABLE Brenda Moody Whinery
U.S. Bankruptcy Court, Arizona                          United States Bankruptcy Judge
38 S. Scott Avenue
Tucson, AZ 85701–1704
Telephone number: (520) 202–7500
www.azb.uscourts.gov